IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Seyed Arash Khaleghi,

    Petitioner(s),

vs.

U.S. Attorney General, et al.,

    Respondent(s).

Case Number: 1:17cv377

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 25, 2017 (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 8, 2017, hereby ADOPTS said Report and Recommendation. The copy of the Report and Recommendation was returned as Undeliverable (Doc. 7).

Accordingly, the petitioner has been released on an Order of Supervision and has obtained the relief requested in the petition, the Court GRANTS respondents' motion to dismiss (Doc. 6). Therefore, the petition is DISMISSED as moot.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court